PALMER, LOMBARDI & DONOHUE LLP
E. Scott Palmer, SBN 155376
spalmer@pldlawyers.com
Adam E. Chaikin, SBN 199458
achaikin@pldlawyers.com
888 West 6th Street, 12th Floor
Los Angeles, California 90017
Phone: (213) 688-0430
Fax: (213) 688-0440

Attorneys for Defendant and Counterclaimant Homecomings Financial, LLC

**NO FURTHER CONTINUANCES**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRMA RAMIREZ, | Case No. CV 06-7500-VBF(PJWx) |
| Plaintiff, | The Honorable Valerie Baker Fairbank |
| vs. | |
| EMERALD MORTGAGE CORP., HOMECOMINGS FINANCIAL LLC, MARKUS SHEPHERD; JONATHAN BATES; and JOHN L. LETT, SR., | **STIPULATION BETWEEN PLAINTIFF IRMA RAMIREZ AND DEFENDANT HOMECOMINGS FINANCIAL, LLC, TO CONTINUE THE TRIAL AND PRETRIAL DATES FOR SIX (6) MONTHS; [PROPOSED] ORDER** |
| Defendants. | |
| HOMECOMINGS FINANCIAL, LLC, | Final Pretrial Conference: December 10, 2007 |
| Counterclaimant, | Trial: January 15, 2008 |
| vs. | |
| IRMA RAMIREZ, | |
| Counterdefendant. | **NO FURTHER CONTINUANCES** |

///
///
///
///

- 1 -

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned parties, by and through their counsel, Palmer, Lombardi & Donohue & LLP for Defendant Homecomings Financial, LLC ("Homecomings"); and the Law Office of David S. Quintana for Plaintiff Irma Ramirez ("Ramirez"), have agreed to enter into a stipulation and order to extend the trial and pretrial dates, and all dates tied thereto, on the ground that Homecomings has only just appeared in this action through the filing of an Answer and Counterclaim on August 3, 2007, and requires sufficient time to prepare for trial.[1] This is the first request for an extension of these dates. The parties therefore stipulate and agree as follows:

1.  The trial date and pretrial dates, and all dates tied thereto, shall be continued for six months as follows:

    (a)  Trial from January 15, 2008, to July 15, 2008, ~~or~~ aug 30 _____;

    (b)  Final pretrial conference from December 10, 2007, to June 16, 2008, at 2:30 _____;

    (c)  Motion cutoff from November 5, 2007, to May 5, 2008, ~~or~~ _____;

    (d)  Non-expert discovery cutoff from December 4, 2007, to June 10, 2008, ~~or~~ _____;

    (e)  Expert discovery cutoff from October 1, 2007, to April 7, 2008, or _____;

---

[1] Defendant Emerald Mortgage Corp. ("Emerald") is the only other party that has appeared in this action. Emerald is no longer represented by counsel and has not been included as a signatory to this stipulation because a corporation cannot appear in any action or proceeding *pro se,* pursuant to Local Rule 83-2.10.1. However, Emerald has informed counsel for Homecomings that it is agreeable to the extension requested herein.

      (f)  Cutoff for adding parties/amending cutoff from September 4, 2007, to March 11, 2008, or _____;

      (g)  Settlement conference cutoff from September 1, 2007, to March 8, 2008, or _____.

DATED: August __, 2007    PALMER, LOMBARDI & DONOHUE LLP

By _____
E. SCOTT PALMER
ADAM E. CHAIKIN
Attorneys for Defendant and Counterclaimant
Homecomings Financial, LLC

DATED: August 22, 2007    LAW OFFICE OF DAVID S. QUINTANA

By _____
David S. Quintana
Attorneys for Plaintiff and Counterdefendant
IRMA RAMIREZ

IT IS SO ORDERED. There shall be no further continuances, absent a noticed motion ~~request~~ establishing in detail good cause

DATED: 8-24-07    _____
The Honorable Valerie Baker Fairbank
United States District Court Judge

- 3 -
STIPULATION BETWEEN PLAINTIFF IRMA RAMIREZ AND DEFENDANT HOMECOMINGS FINANCIAL, LLC, TO CONTINUE THE TRIAL AND PRETRIAL DATES FOR SIX (6) MONTHS [PROPOSED] ORDER

1    (f) Cutoff for adding parties/amending cutoff from September 4,
2    2007, to March 11, 2008, or _____;
3    (g) Settlement conference cutoff from September 1, 2007, to March
4    8, 2008, or _____.

6    DATED: August 22, 2007          PALMER, LOMBARDI & DONOHUE LLP

9                                    By _____
10                                      E. SCOTT PALMER
                                        ADAM E. CHAIKIN
11                                   Attorneys for Defendant and Counterclaimant
                                     Homecomings Financial, LLC

13   DATED: August __, 2007          LAW OFFICE OF DAVID S. QUINTANA

16                                   By _____
17                                      David S. Quintana
                                     Attorneys for Plaintiff and Counterdefendant
18                                   IRMA RAMIREZ

22   IT IS SO ORDERED.

25   DATED: _____
26                                   The Honorable Valerie Baker Fairbank
                                     United States District Court Judge

- 3 -
STIPULATION BETWEEN PLAINTIFF IRMA RAMIREZ AND DEFENDANT HOMECOMINGS FINANCIAL, LLC, TO CONTINUE THE TRIAL AND PRETRIAL DATES FOR SIX (6) MONTHS. [PROPOSED] ORDER

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Alice Ramos, am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 888 West 6th Street, 12th Floor, Los Angeles, California 90017.

On August 23, 2007, I served the foregoing: **STIPULATION BETWEEN PLAINTIFF IRMA RAMIREZ AND DEFENDANT HOMECOMINGS FINANCIAL, LLC, TO CONTINUE THE TRIAL AND PRETRIAL DATES FOR SIX (6) MONTHS; [PROPOSED] ORDER** on Interested Parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**See Attached Service List**

[X]   **(BY MAIL)** I placed such envelope with postage thereon fully paid in the United States mail at Los Angeles, California. I am "readily familiar" with this firm's practice of collecting and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[ ]   **(BY FACSIMILE)** On _____, 2007 at ___:___ __.m., I transmitted such documents from our facsimile machine number (213) 688-0440 to the person(s) at the facsimile numbers listed above. Said transmission was reported as complete and without error. A copy of the transmission report which was properly issued by the transmitting facsimile machine is attached hereto.

[X]   **(FEDERAL)** I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2007.

*/s/ Alice Ramos*
Alice Ramos

## SERVICE LIST

**Irma Ramirez v. Emerald Mortgage Corp., et al.**
United States District Court, Central District of California
Case No. CV 06-7500-VBF(PJWx)

| | |
|---|---|
| David S. Quintana, Esq.<br>Law Office of David S. Quintana<br>300 Esplanade Drive, Suite 1180<br>Oxnard, California 93036<br>Tel:  (805) 485-5535<br>Fax:  (805) 984-6341<br>Email: dmsqq@aol.com | Attorney for Plaintiff and<br>Counterdefendant IRMA RAMIREZ |
| Emerald Mortgage Corp.<br>19028 Ventura Blvd., Suite 232<br>Tarzana, California 91356<br>Tel: (818) 723-1047 | Defendant |